# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:21–cv–00636–TJK

BURNS v. POLK et al  
Assigned to: Judge Timothy J. Kelly  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 03/05/2021  
Jury Demand: None  
Nature of Suit: 530 Prisoner Petition: General (Habeas Corpus)  
Jurisdiction: Federal Question

**Petitioner**

**JAMES EDWARD BURNS**     represented by    **JAMES EDWARD BURNS**  
Teleford Unit  
3899 State Hwy #98  
New Boston, TX 75570  
PRO SE

V.

**Respondent**

**BALDEN B. POLK**  
*Warden*

**Respondent**

**RALSTON D. MARSHALL**  
*Warden*

**Respondent**

**MICHAEL N. BATES**  
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2021 | Ï 1 | PETITION for Writ of Habeas Corpus filed by JAMES EDWARD BURNS. (Attachment: # 1 Civil Cover Sheet) (ztth) (Entered: 03/11/2021) |
| 03/05/2021 | Ï | Filing fee received: $ 5.00, receipt number: 4616105213. (ztth) (Entered: 03/11/2021) |
| 03/15/2021 | Ï 2 | ORDER transferring case to the U.S. District Court for the Eastern District of Texas. See Order for details. Signed by Judge Timothy J. Kelly on 3/15/2021. (lctjk1) (Entered: 03/15/2021) |
| 03/16/2021 | Ï | Set/Reset Deadlines: Transfer due by 4/5/2021. (zkh) (Entered: 03/16/2021) |
| 04/05/2021 | Ï | Case transferred to the USDC for the Eastern District of Texas pursuant to the Court Order entered 3/15/2021. Sent to Court via extraction. (ztth) (Entered: 04/05/2021) |