# U.S. District Court
# Eastern District of TEXAS [LIVE] (Texarkana)
# CIVIL DOCKET FOR CASE #: 5:21−cv−00045−RWS−CMC

| | |
|---|---|
| BURNS v. POLK et al<br>Assigned to: District Judge Robert W. Schroeder, III<br>Referred to: Magistrate Judge Caroline Craven<br>Case in other court: District of Columbia, 1:21−cv−00636<br>Cause: 28:2241 Petition for Writ of Habeas Corpus (federal) | Date Filed: 04/05/2021<br>Date Terminated: 04/28/2021<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus (General)<br>Jurisdiction: Federal Question |

**Petitioner**

**JAMES EDWARD BURNS**　　　　　　　　　represented by **JAMES EDWARD BURNS**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　01934904
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telford Unit
　　　　　　　　　　　　　　　　　　　　　　　　　　　　3899 State Hwy 98
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New Boston, TX 75570
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

V.

**Respondent**

**Balden B Polk**
*Warden*


**Respondent**

**Ralston D Marshall**
*Warden*


**Respondent**

**Michael N. Bates**
*Warden*


| Date Filed | # | Docket Text |
|---|---|---|
| 03/05/2021 | 1 | PETITION for Writ of Habeas Corpus filed by JAMES EDWARD BURNS. (Attachment: # 1 Civil Cover Sheet) (ztth) [Transferred from District of Columbia on 4/5/2021.] (Entered: 03/11/2021) |
| 03/05/2021 | Ï | Filing fee received: $ 5.00, receipt number: 4616105213. (ztth) [Transferred from District of Columbia on 4/5/2021.] (Entered: 03/11/2021) |
| 03/15/2021 | 2 | ORDER transferring case to the U.S. District Court for the Eastern District of Texas. See Order for details. Signed by Judge Timothy J. Kelly on 3/15/2021. (lctjk1) [Transferred from District of Columbia on 4/5/2021.] (Entered: 03/15/2021) |
| 03/16/2021 | Ï | Set/Reset Deadlines: Transfer due by 4/5/2021. (zkh) [Transferred from District of Columbia on 4/5/2021.] (Entered: 03/16/2021) |

| 04/05/2021 | Ï | Case transferred to the USDC for the Eastern District of Texas pursuant to the Court Order entered 3/15/2021. Sent to Court via extraction. (ztth) [Transferred from District of Columbia on 4/5/2021.] (Entered: 04/05/2021) |
|---|---|---|
| 04/05/2021 | Ï 3 | Case transferred in from District of District of Columbia; Case Number 1:21−cv−00636. Original file certified copy of transfer order and docket sheet received. (Entered: 04/05/2021) |
| 04/05/2021 | Ï | STANDING ORDER REFERRING PRISONER HABEAS CASES to Magistrate Judge Caroline Craven for all pretrial matters. Signed by District Judge Robert W. Schroeder, III on 4/5/2021. (slo, ) (Entered: 04/05/2021) |
| 04/05/2021 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (slo, ) (Entered: 04/05/2021) |
| 04/05/2021 | Ï | Sent Consent to Magistrate, Docket sheet and Prose guidelines, that include information regarding reporting change of address to court, to the Petitioner per Magistrate Judge (slo, ) (Entered: 04/05/2021) |
| 04/07/2021 | Ï 4 | MEMORANDUM OPINION AND ORDER. It is accordingly ORDERED that this petition for writ of habeas corpus is TRANSFERRED to the Fort Worth Division of the United States District Court for the Northern District of Texas. (Held 20 days before transfer to another district pursuant to Local Rule CV 83) Signed by Magistrate Judge Caroline Craven on 4/7/2021. (slo, ) (Entered: 04/08/2021) |
| 04/28/2021 | Ï | Interdistrict transfer to the Northern District of Texas− Fort Worth Division. (slo, ) (Entered: 04/28/2021) |